Sherman J. LePard, Respondent, v. John F. Braam, Appellant.— Order modified by striking out certain language in paragraph No. 34 of the complaint and as so modified affirmed, so far as appealed from, without costs of this appeal to

either party. All concur. Present — Sears, P. J., Crouch, Edgcomb, Thompson and Crosby, JJ.